IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00771-WYD-MJW

BAIMEI REISACHER,

    Plaintiff,

v.

TIME WARNER TELECOM HOLDINGS, INC.,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (filed June 16, 2008). The motion asserts that Plaintiff's Complaint fails to state plausible claims for race and national origin. Defendant concedes, however, that Plaintiff has sufficiently pled causes of action for retaliation and pregnancy discrimination. On June 24, 2008, Plaintiff confessed the Partial Motion to Dismiss. Based on Plaintiff's confession, it is

ORDERED that Defendant's Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**. In accordance therewith, it is

ORDERED that Plaintiff's claims of race and national origin discrimination are **DISMISSED.** Plaintiff's other claims remain pending.

Dated: July 7, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge