IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00771-WYD-MJW

BAIMEI REISACHER,

Plaintiff(s),

v.

TIME WARNER TELECOM HOLDINGS, INC.,

Defendant(s).

## MINUTE ORDER
(DN 16)

It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 16, filed with the Court on July 3, 2008, is GRANTED and the tendered Protective Order is approved and made an order of the Court.

Date: July 15, 2008