IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 08-cv-00771-WYD-MJW

BAIMEI REISACHER,

    Plaintiff,

v.

TIME WARNER TELECOM HOLDINGS, INC.

    Defendant.

## [PROPOSED] ORDER REGARDING UNOPPOSED MOTION REGARDING ATTENDANCE OF INSURANCE REPRESENTATIVE AT SETTLEMENT CONFERENCE ( Docket No. 21 )

THIS MATTER coming before the Court on Defendant's Unopposed Motion Regarding Attendance of Insurance Representative at Settlement Conference ("Motion"), the Court being fully advised:

HEREBY ORDERS that Defendant's Motion is GRANTED. The Court directs that it is not necessary that a representative of AIG attend the August 15, 2008 Settlement Conference in this matter so long as a representative of AIG will be available by telephone if it becomes necessary to consult with AIG during the course of the conference.

Done in open Court this 8TH day of August, 2008.

BY THE COURT:

_/s/ Michael J. Watanabe_
~~U.S. District Court Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO