IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00771-WYD-MJW

BAIMEI REISACHER,

    Plaintiff,

v.

TIME WARNER TELECOM HOLDINGS, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Notice of Dismissal with Prejudice filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court, having reviewed the Notice and being fully advised in the premises,

ORDERS that this action and all claims asserted herein are **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated: August 29, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge